UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LOVE,

    Plaintiff

v.

MARK G. STAINBROOK, et al.,

    Defendants.

Case No. 2:22-cv-02878-FLA (GJS)

**JUDGMENT**

Pursuant to the court's Order Dismissing Action, this action is DISMISSED for lack of jurisdiction.

Dated: June 22, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge